In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-255 CR


 ______________________


 

GWENDOLYN ANNETTE CHARLES a/k/a


GWENDOLYN CHARLES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 98214






MEMORANDUM OPINION 


 Gwendolyn Annette Charles a/k/a Gwendolyn Charles was convicted and sentenced
on an indictment for possession of a controlled substance. Charles filed a notice of appeal
on May 15, 2007. The trial court entered a certification of the defendant's right to appeal in
which the court certified that this is a plea-bargain case and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certification has been provided to
the Court of Appeals by the district clerk.

 On May 23, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification by the trial court that shows the defendant has the right of
appeal has not been made part of the record, the appeal must be dismissed. See Tex. R. App.
P. 25.2(d). Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 DAVID GAULTNEY

 Justice


Opinion Delivered July 11, 2007

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.